| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 2:05CR00161 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District Of Indiana | DIVISION |
|---|---|---|
| Luther Reed Sparkman | NAME OF SENTENCING JUDGE Honorable Philip P. Simon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/31/2007 | TO 1/30/2009 |

RECEIVED DEC 06 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

| OFFENSE CONSPIRACY TO DEFRAUD THE UNITED STATES |
|---|

**08CR 0012**

JUDGE DARRAH

**MAGISTRATE JUDGE NOLAN**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-19-07
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
JAN 0 9 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN - 8 2008
*Effective Date*

*United States District Judge*

UNITED STATES GOVERNMENT

MEMORANDUM

**08CR 0012**

| | |
|---|---|
| DATE: | December 20, 2007 |
| REPLY TO ATTN OF: | U. S. Probation Office<br>55 East Monroe Street, Room 1500<br>Chicago, Illinois  60603 |
| SUBJECT: | Transfer of Jurisdiction |
| TO: | Mrs. Alyce Mobley-Morris<br>Courtroom Deputy to Chief Judge Holderman<br>U. S. Court House, Room 2548 |

**JUDGE DARRAH**

**MAGISTRATE JUDGE NOLAN**

RE:   SPARKMAN, Luther

DOCKET NO. OF
TRANSFERRING COURT: 2:05CR00161

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Sarah Kieckhafer
      U. S. Probation Officer

taw

**RECEIVED**
JAN 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT